UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A.R. HITLER,
aka CARL RENOWITZKY,

    Petitioner,

    v.

DEFENDANTS IN U.S. FEDERAL CASE NO. 05656 SBA, et al.,

    Respondents.

Case No. 18-cv-05417-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner has not complied with this Court's order to file an application to proceed *in forma pauperis* ("IFP"). Accordingly, this federal mandamus action is DISMISSED (without prejudice) for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen must be accompanied by a properly completed IFP application.

If petitioner chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named respondent, alleging a plausible basis for suing them. The existing petition is wholly deficient in that respect.

The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 25, 2018



_____
WILLIAM H. ORRICK
United States District Judge

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/25/2018, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Carl A.R. Hitler ID: 226721
aka Carl Renowitzky
Marin County Jail
3501 Civic Center Drive
San Rafael, CA 94903

Dated: 10/25/2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Jean Davis, Deputy Clerk to the
Honorable WILLIAM H. ORRICK